UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| STEVEN FLOYD VOSS, | Case No. 3:22-cv-00163-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| KYLE OLSEN, *et al.*, | |
| Respondents. | |

This action is a petition for a writ of habeas corpus by Steven Floyd Voss, an individual incarcerated at the Northern Nevada Correctional Center. On April 7, 2022, Voss filed an application to proceed *in forma pauperis* (ECF No. 1), along with his habeas petition (ECF No. 1-1). In light of the information provided in the application to proceed *in forma pauperis*, the Court finds that Voss is able to pay the $5.00 filing fee for this action.

It is therefore ordered that Voss's application to proceed *in forma pauperis* (ECF No. 1) is denied. Voss will have 30 days from the date of this order to have payment of the filing fee of five dollars ($5.00) sent to the Clerk of Court. If Voss believes he is unable to pay the filing fee within that time, he may, instead, file a new application to proceed *in forma pauperis*. Failure to comply with this order will result in dismissal of this action.

DATED THIS 11th Day of April 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE